UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN AUERBACH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RETAIL RECOVERY SERVICE OF NJ, INC.,<br><br>　　　　Defendant. | CASE NO. 3:12-cv-00248-CRB<br><br>[PROPOSED] ORDER RE: STIPULATION TO CONTINUE THE MEDIATION COMPLETION DATE AND THE FURTHER CASE MANAGEMENT CONFERENCE DATE<br><br>The Honorable Judge Charles R. Breyer<br>Hearing Date:　September 14, 2012<br>Time:　8:30 a.m.<br>Courtroom:　6 |

　　Pursuant to the Stipulation of the parties, as set forth in the Parties' Stipulation to Continue the Mediation Completion Date and the Further Case Management Conference date, the Court hereby continues the following dates:

　　Mediation Completion Date: December 14, 2012

　　Further Case Management Conference Date: January 11, 2012 at 8:30 a.m.

DATED: August 17, 2012

_____
United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1

[PROPOSED] ORDER RE STIPULATION TO CONTINUE
CASE NO: 3:12-cv-00248-CRB

06987.00:186380