# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| STEFAN AUERBACH,<br>    Plaintiff,<br><br>    v.<br>RETAIL RECOVERY SERVICE OF NJ, INC.,<br>    Defendants.<br>_____/ | No. C 12-0248 CRB<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     October 18, 2012<br>Mediator:  Michael Timpane |

    IT IS HEREBY ORDERED that the request to excuse defendant Retail Recovery Service of NJ, Inc.'s corporate representative, Mike Kaplan, and insurer representative, David Haggarty, from appearing in person at the October 18, 2012, mediation before Michael Timpane is GRANTED. The representatives both shall be available at all times to participate in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

October 10, 2012      By: _/s/ Elizabeth D. Laporte_
Dated                                              Elizabeth D. Laporte
                                                    United States Magistrate Judge