UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEFAN AUERBACH,<br>    Plaintiff, | No. C 12-0248 CRB |
| v.<br>RETAIL RECOVERY SERVICE OF NJ, INC.,<br>    Defendants. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      October 18, 2012<br>Mediator:  Michael Timpane |

IT IS HEREBY ORDERED that the request to excuse defendant Retail Recovery Service of NJ, Inc.'s corporate representative, Mike Kaplan, and insurer representative, David Haggarty, from appearing in person at the October 18, 2012, mediation before Michael Timpane is GRANTED. The representatives both shall be available at all times to participate in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

October 10, 2012            By: _____
Dated                                  Elizabeth D. Laporte
                                       United States Magistrate Judge