# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEFAN AUERBACH,** | ) Case No. 3:12-cv-00248-CRB |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **RETAIL RECOVERY SERVICE OF NJ, INC.,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this  6th  day of December, 2012.



_____
United States District Court

Order to Dismiss - 1